```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09416
   MICHELLE L REDMOND
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6163

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/17/2008 and was not confirmed.

     The case was dismissed without confirmation 07/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
US BANK                  CURRENT MORTG          .00          .00           .00
WELLS FARGO BANK         CURRENT MORTG          .00          .00           .00
WELLS FARGO BANK         SECURED NOT I     31325.36          .00           .00
GMAC                     SECURED NOT I      7869.17          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED          1031.56          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED          7411.00          .00           .00
ASSET ACCEPTANCE CORP    UNSECURED          2353.31          .00           .00
ASSET ACCEPTANCE CORP    UNSECURED           274.25          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 09416 MICHELLE L REDMOND
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 09416 MICHELLE L REDMOND
```